CIRCUIT COURT OF ILLINOIS
20TH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

Curtis Sanders
Petitioner

Vs.

Bi State Development
Respondent

Case No.: 24 LA 1009

FILED
ST. CLAIR COUNTY
JUL 25 2024
CIRCUIT CLERK

Complaint

Let it be known that I Curtis B. Sanders on 05-16-24 was a awaiting passenger at the 5th & Mo. metro awaiting to catch the #2 Cahokia bus around 11:00 to 11:30 p.m. with my electric battery operated bike and military back gear when the black female bus driver #7354 #2 bus arrived when she was exiting the bus she told me I could not put my bike on the bus rack I ask her why? She replied it has a battery on it, I said ma'am I've been putting this bike on your bus over 3 yrs. so when did this start? She replied 7 yrs. ago ma'am as long as I been putting my bike on

Name: Curtis Sanders
Address: 429 Godin Ave.
City, State & Zip: Cahokia IL 62206
Phone #: (816)266-0855
Email Address: curtisbernardsanders1@gmail.com

Curtis Sanders
Signature
(Pro Se)

CIRCUIT COURT OF ILLINOIS
20TH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

Curtis Sanders )
**Petitioner** )
 )
 ) Case No.: _____
Vs. )
 )
Bi-State Devolpment )
**Respondent** )
 )

your bus your not going to let me ride this bus and your seriously going to pull off and leave me standing here look maam my knee is hurting me But I'm Not even going to argue with you but you will hear from me again. Just before she pulled off I took a picture of her sitting and about to pull off And her bus #7354 going to the #3 Cahokia bus I was allowed by the driver Name Ken to board and present my ADA card that is valid I also taken the time 11:38p date: 05/16/24 And #7575 of the #3 Cahoka bus. After being seated I was called up by the driver who ask

Name: Curtis Sanders
Address: 429 Godin Ave.
City, State & Zip: Cahokia Il 62206
Phone #: (816)266-0855

Signature: Curtis Sanders
(Pro Se)

Email Address: Curtisbernardsanders10)gmail.com

2

CIRCUIT COURT OF ILLINOIS
20TH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

Curtis Sanders
**Petitioner**

Vs.

Bi-State Development
**Respondent**

Case No.: _____

Asked me did my bike have a battery CBd I told him yes it's an electric bike not gasoline like I told her, she must have called in on your bus he informed me that he have to let his main office know because it was called in, I know you have to follow protocol, once that was cleared and told the office let him know as long as my tires are in the rack. it's terrible already that you all have to put up with the good, bad, and ugly passengers that ride your buses but when you have one of your own that's causing problems and making it hard on a fellow co-worker that's a problem.

Name: Curtis Sanders
Address: 429 Godin Ave.
City, State & Zip: Cahokia IL 62206
Phone #: (816) 266-0855
Email Address: Curtisbernardsanders10@gmail.com

Signature: Curtis Sanders
(Pro Se)

3

CIRCUIT COURT OF ILLINOIS
20TH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

Curtis Sanders
Petitioner

Vs.

Bi-State Devolpment
Respondent

Case No.: _____

It's something how a person intentionally start causing a problem with a person they know nothing about because they think they can. I use to be a squad leader with the 82nd Airborne Division in the Army her performace you know is unacceptable and if bi-state knew how she's been treating other passenger's other than myself I'm sure she would be given her walking papers or some disciplinary action because she's going to cost them serious money with her passenger harassment. In the future I then said to Ken she don't even realize I use to work for.

Name: Curtis Sanders
Address: 429 Godin Ave
City, State & Zip: Cahokia Il. 62206
Phone #: (816) 266-0855
Email Address: curtishernardsanders1@gmail.com

Signature: Curtis Sanders
(Pro Se)

CIRCUIT COURT OF ILLINOIS
20TH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

Curtis Sanders
Petitioner

Vs.

Case No.: _____

Bi-State Development
Respondent

A company security that had a contract with the metro-link. I'm going to have to go to the hospital again from problems again with my knee replacement messing with her, but there is one thing for sure I do appreciate your professionalism and attitude because this situation she caused is far from over this is my form of transportation as an ADA passenger. every day and yes there will be a damage lawsuit from her action depriving me the right to ride the bus leaving me standing their hurting. If it was not for this second bus Ken I told the driver it would have been a problem.

Name: Curtis Sanders
Address: 429 Godin Ave
City, State & Zip: Cahokia IL 62206
Phone #: (816)266-0855
Email Address: curtisbernardsanders10@gmail.com

Signature _____
(Pro Se)

5

CIRCUIT COURT OF ILLINOIS
20TH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

Curtis Sanders
**Petitioner**

Vs.

Case No.: _____

Bi-state Development
**Respondent**

Having to go to the hospital the next morning I called bi-state and was transferred to the complaint dept. Needless to say I was promised that someone will get in touch with me they never did a claim number that was not acted upon claims dept. who only responded to me when I called as well as the complaint I gave yes on cas different occasion I called to speak with a female assigned to this case told me she would call it did not happen I went to bi-state development in E. St. Louis Il. with a personnal in the doorway who referred me to the bi-state dept. in Saint Louis Mo. 8th in Pine

**Name:** Curtis Sanders
**Address:** 1429 Godin Ave.
**City, State & Zip:** Cahokia Il 62206
**Phone #:** (816) 266-0855

*Curtis Sanders*
**Signature**
(Pro Se)

**Email Address:** curtisbernardsanders10@gmail.com

6

CIRCUIT COURT OF ILLINOIS
20TH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

Curtis Sanders )
**Petitioner** )
)
) Case No.: _____
Vs. )
)
Bi-State Development )
**Respondent** )
)

who gave me a number and to use the phone on the wall speaking with the general manager of public safety explaining to him from the begining what prompted this lawsuit and how much was I seeking? I was the discrimination and deliberate act of your bi-state employee to not allow me access with my valid ADA card to ride the public transit bus because I was in possession of an bi-state authorized e-bike and $11,000 dollars was mentioned but did not confirm his response you will need a lawyer for that kind of money nothing else was said to me from the general manager of bi-state.

Name: Curtis Sanders
Address: 129 Godin Ave.
City, State & Zip: Cahokia IL 62206
Phone #: (816)265-0855
Email Address: curtisbernardsanders1@gmail.com

Signature: Curtis Sanders
(Pro Se)

7

CIRCUIT COURT OF ILLINOIS
20TH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

Curtis Sanders
**Petitioner**

Vs.

Case No.: _____

Bi-State Development
**Respondent**

Public safety After being told that the bus driver was corrected and that I'm allowed to have my e-bike on the bus I explained to the general manager as well as any other bi-state official I do not except that apology because she new that was allowed after several yrs of putting my e-bike on the bus without a problem, emotionally mentally and physically she has caused damage to me it has distressed me since 16-May-24 And her apology isn't for me but her job. And I don't know if her action will be displayed negative towards me on any other transit bus wi-

Name: Curtis Sanders
Address: 129 Godin Ave
City, State & Zip: Cahokia IL 62206
Phone #: (816) 266-0855
Email Address: Curtisbernardsanders10@gmail.com

Signature: Curtis Sanders
(Pro Se)

8

CIRCUIT COURT OF ILLINOIS
20TH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

Curtis Sanders
**Petitioner**

Vs.

Case No.: _____

Bi-State Development
**Respondent**

Th their being future problems. I was informed that the case was closed by bi-state since the employee was explained the policy No-one called or informed me of this decision I do not agree with this so this case was re-opened with another claim #. but on 7-10-24 I contact Amy Parker ADA Coordinator as well as Tom Curran Executive Vice president EEO of bi-state for I reached out for information of how long do I have towards my filing lawsuit which is Tues Nov 12, 2024 and to Amy Parker that I will submit my complaint under (ADA, EEO, Title VI) ASAP. this is a $85,000 dollar discrimination suit.

**Name:** Curtis Sanders
**Address:** 429 Godin Ave
**City, State & Zip** Cahokia IL 62206
**Phone #:** (816)266-0855
**Email Address:** _____

Signature: *Curtis Sanders*
(Pro Se)

9c